2-12-03

CLERK
United States District Court
Southern District of Texas
Brownsville Division
3058 Federal Bldg
600 East Harrison St.
Brownsville, Texas
     78520-7114

United States District Court
Southern District of Texas
FILED

FEB 2 0 2003

Michael N. Milby
Clerk of Court

RE: CAUSE # B-02-231

Change of Address

Madam,

   Please take note of Petitioner's change of address and make the proper changes in the files of the above styled cause. Bring it to the attention of the court whose judge is reviewing this cause.
   The new address is as follows:

1.

Javier Ybarra
#775707
Ferguson Unit
12120 Savage Rt.
Midway, Texas
   75858

I would also like a copy of the docket sheet and any decision the court has made on Petitioner's motion filed in the above styled cause.

I thank you in advance for your kind assistance in this matter.

Respectfully Submitted

Javier Ybarra
#775707

2