UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAVIER YBARRA, § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-02-231 |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

**ORDER**

Petitioner Javier Ybarra has filed a "Probable Cause Brief for Petitioner" (Doc. # 1). In the motion, Petitioner appears to be challenging the constitutionality of his state court conviction. This court will construe said motion as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. Section 2254.

Petitioner will be allowed to proceed in Forma Pauperis (let the applicant proceed without pre-payment of cost of fees or the necessity of giving security therefor). Furthermore, the Government is hereby ORDERED to respond to the motion on or before June 13, 2003. Additionally, Petitioner's "Motion to Court to Answer Brief" (Doc. # 3) is hereby mooted by this order.

DONE at Brownsville, Texas, this 6th day of May, 2003.

Felix Recio
United States Magistrate Judge