6-2-03

CLERK
United States District Court
Southern District of Texas
Brownsville Division
3058 Federal Bldg
600 East Harrison St
Brownsville, Tx 78520

United States District Court
Southern District of Texas
FILED

JUN 0 6 2003

Michael N. Milby
Clerk of Court

RE: B-02-231
<u>Motion for Production of Transcripts
and Statements of Fact</u>

Ms Olivia,
  Please find one original and one copy of the motion in the above styled cause. File the original among the papers of this cause and bring it to the attention of this Honorable Court. Give the copy to the Attorney representing the State.
  I thank you in advance for your kind assistance in this matter.

Sincerely

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER YBARRA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No |
| | § | B-02-231 |
| JANIE COCKELL, Director | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTION DIVISION, | § | |
| Respondent | § | |

MOTION FOR PRODUCTION OF TRANSCRIPTS AND STATEMENTS OF FACTS 2250 RULE 53 (J)(2) AND 2254 RULE 53 (F)

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW, JAVIER YBARRA, #775707 Petitioner herein Pro-Se and moves this Honorable Court to compel the District Court Clerk and District Attorney to pro-

(1)

vide, search and produce the Transcripts and Statements of Facts to the Petitioner pursuant to Rule 53 (J)(2) Texas Open Records Act, Article 6252-17A, Vernon's Ann. Tex. Civil Statutes Supp 1993, Federal Criminal Code and Rules "1998" Habeas Corpus Pg # 1367 Rule 2250, Federal Post-conviction Remedies and Relief "1996" Edition Rule 2254 § 8-53 (F) and would further show onto this Honorable Court as follows;

# I

In support of this "Motion for Production of Transcripts and Statements of Facts", the Petitioner would state;

Under 28 U.S.C § 753 (F) the United States shall pay for transcripts for persons proceeding In Forma Pauperis in Federal Habeas Corpus proceedings. Under Section 753 (F) a Section 2254 petitioner who has been allowed to appeal In Forma Pauperis and who has not previously recieved

(2)

one is automatically entitled to a free transcript of the proceedings in the district court. Unlike a Section 2255 movant who appeals in Forma Pauperis, a Section 2254 petitioner need not show that the transcript is necessary to decide the issue posed by the appeal in order to be entitled to the transcript.

Federal Rules of Criminal Procedure § 2250, Indigent petitioner entitled to documents without cost. If on any application for a Writ of Habeas Corpus an order has been made permitting the petitioner to prosecute the Application In Forma Pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

On May 6th 2003 before the Honorable Judge Felix Recio an Order was issued styled "Civil Action No. B-02-231,

(3)

Probable Cause Brief for Petitioner" (Doc #1) allowing Petitioner to proceed In Forma Pauperis.

Petitioner asks that all exhibits in photograph form and all motions submitted and filed by the State District Attorney and Court Appointed Attorney Chester Gonzales before and during the trial be included in the Transcripts and Statements of Facts. And specifically the motion by Attorney Chester Gonzales stating that Petitioner waived his right to testify at the trial.

## II

Petitioner is now and at all times a present inmate in the Texas Department of Criminal Justice, Institutional Division serving his sentence imposed by the State of Texas.

Petitioner requires the foregoing records and documents in order to pro-

ceed to perfect Post-Conviction Relief in regards to the above captioned judgment and sentence.

Petitioner requests that the said records be mailed to him at the address submitted below:

> Javier Ybarra # 775707
> Ferguson Unit
> 12120 Savage Route
> Midway, Texas 75852

## PRAYER

Petitioner now prays that this Honorable Court grant him this his motion for Production of Transcripts and Statements of Facts with Exhibits included.

Respectfully Submitted

*Javier Ybarra*
# 775707

(5)