IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAVIER YBARRA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. B-02-231 |
| | § | |
| JANIE COCKRELL, DIRECTOR | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

### RESPONDENT COCKRELL'S FIRST EMERGENCY MOTION
### FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of this court entered May 7, 2003, the respondent ("the Director") was required to file her responsive pleading on or before June 13, 2003. However, the Director was not served with the court's order until today, June 13, 2003. Thus, it is impossible for her to timely respond.

The Director's delay is due to no fault of her own. It appears that this petition was somehow served on the U.S. Attorney's Office in Houston. *See* copy of Facsimile Cover Sheet, attached as "Exhibit A." Although it is unclear when the U.S. Attorney's Office received the petition, it is clear that the Director only received the petition today, as demonstrated by the date of the cover sheet. Thus, the undersigned requests this emergency first extension of time until July 23, 2003, to file her response.

The undersigned's respectfully asks for this court's patience. She has asked for an extension of forty days because this case needs to be processed, which includes assigning the case an internal agency number, assigning the case to a specific attorney, and both ordering and receiving the necessary records. The Director assures this court that this request for an extension of time is not

designed to harass the petitioner, nor to unnecessarily delay these proceedings. Rather this extension is necessary because the Director was not served with the petition.

## CONCLUSION

For the foregoing reasons, the Director respectfully moves this court for an extension to July 23, 2003, within which to file a responsive pleading.

                Respectfully submitted,

                GREG ABBOTT
                Attorney General of Texas

                BARRY R. McBEE
                First Assistant Attorney General

                JAY KIMBROUGH
                Deputy Attorney General for
                Criminal Justice

                GENA BUNN
                Assistant Attorney General
                Chief, Postconviction Litigation Division

                _____
*Attorney in Charge          ELLEN STEWART-KLEIN
                Assistant Attorney General
                State Bar No. 24028011
                Southern District Bar No. 27861

                P.O. Box 12548, Capitol Station
                Austin, Texas   78711
                (512) 936-1400
                Facsimile No. (512) 936-1280

                ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Javier Ybarra, petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

_____
ELLEN STEWART-KLEIN
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, Ellen Stewart-Klein, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent assumes that petitioner will oppose this motion.

_____
ELLEN STEWART-KLEIN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Ellen Stewart-Klein, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's First Emergency Motion for Extension of Time with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 13th day of June 2003, addressed to:

Javier Ybarra
TDCJ-ID No. 775707
Ferguson Unit
12120 Savage Drive
Midway, TX   75852-9711

_____
ELLEN STEWART-KLEIN
Assistant Attorney General

# EXHIBIT A

# FACSIMILE

U. S. ATTORNEY'S OFFICE, APPELLATE DIVISION, 910 TRAVIS, SUITE 1500, HOUSTON, TX 77002

P. O. BOX 61129, HOUSTON, TX 77208-1129 • (713) 567-9102 • FAX: (713) 718-3302

**To:** Charles Palmer

**Fax:** 1-512-320-8132

**Phone:**

**From:**

**Date:**

**Subject:** Javier Ybarra

**Pages:** _____ (including cover sheet)

**Comments:** Jennifer - 713-567-9366

---

This facsimile transmission is intended only for the use of the indicated recipient. This transmission may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, disclosure, or reproduction of this transmission is strictly prohibited. If the intended recipient is not an entity or individual within your offices, please notify the sender at the U.S. Attorney's office immediately by telephone at the above-listed number. Please return the transmission to the U.S. Attorney's office, at the above-listed address, by U.S. Mail. Thank you.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER YBARRA, | § | |
|    Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. B-02-231 |
| | § | |
| JANIE COCKRELL, DIRECTOR | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
|    Respondent. | § | |

## ORDER

On the motion of Respondent, the Director's time for filing her answer is extended up to and including July 23, 2003.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2003.

_____
FELIX RECIO
UNITED STATES DISTRICT JUDGE