IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER YBARRA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. B-02-231 |
| | § | |
| JANIE COCKRELL, DIRECTOR | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

United States District Court
Southern District of Texas
ENTERED

JUN 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

# ORDER

On the motion of Respondent, the Director's time for filing her answer is extended up to and including July 23, 2003.

It is so ORDERED.

SIGNED on this the 17th day of June, 2003.

_____
FELIX RECIO
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER YBARRA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. B-02-231 |
| | § | |
| JANIE COCKRELL, DIRECTOR | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

*Not for USA*

# ORDER

On the motion of Respondent, the Director's time for filing her answer is extended up to and including July 23, 2003.

It is so ORDERED.

SIGNED on this the 17th day of June, 2003.

_____
FELIX RECIO
UNITED STATES DISTRICT JUDGE