IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAVIER YBARRA, § | |
| Petitioner. § | |
| § | |
| vs. § | CIVIL ACTION NO. B-02-231 |
| § | |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION § | |
| Respondent. | |

**MOTION TO DISMISS UNITED STATES AS RESPONDENT**

The United States of America, by the United States Attorney for the Southern District of Texas, moves to dismiss the United States as a respondent in this petition for writ of habeas corpus under 28 U.S.C. § 2254.

1.  Ybarra does not name the United States of America as a respondent in this petition, which was filed by Ybarra pursuant to 28 U.S.C. § 2254. The Clerk, however, served the United States Attorney with an order entered on May 7, 2003, ordering the "Government" to respond to the motion on or before June 13, 2002. By his petition, Ybarra, T.D.C.J. - ID No. 775707, is incarcerated at the Texas Department of Criminal Justice, Ellis One Unit, in Huntsville, Texas. He is challenging his state convictions for four counts of attempted capital murder, in the 197th Judicial District Court of Cameron County, Texas, 96-CR-1454-C. Accordingly, Ybarra is not in the custody of the United States, and he does not

challenge any federal conviction or sentence. The government is not a proper party respondent under 28 U.S.C. § 2254.

FOR THESE REASONS, the United States respectfully prays that it be dismissed as a party respondent in this action.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

PAULA C. OFFENHAUSER
Resident Bar # 15220500
Assistant United States Attorney
910 Travis Street, Suite 1500
P.O. Box 61129
Houston, Texas 77208-1129
(713) 567-9101

## CERTIFICATE OF SERVICE

I, Paula C. Offenhauser, Assistant United States Attorney, certify that motion to dismiss the United States as respondent has been seved placing it in the United States mail postage prepaid, on Mr. Javier Ybarra, Petitioner pro se, T.D.C.J. - ID No. 775707, Ellis One Unit, Huntsville, Texas 77343.

PAULA C. OFFENHAUSER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER YBARRA,<br>　　Petitioner. | § § § | |
| vs. | § | CIVIL ACTION NO. B-02-231 |
| JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION<br>　　Respondent. | § § § § | |

## ORDER

The Court hereby DISMISSES the United States as a party respondent in this action.

ORDERED this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE