# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAVIER YBARRA | § | |
| Petitioner | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-02-231 |
| JANIE COCKRELL, DIRECTOR | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION | § | |
| Respondant | § | |

## PETITIONER'S MOTION FOR COURT RULING

TO THE HONORABLE JUDGE OF THIS COURT;

NOW COMES, JAVIER YBARRA Petitioner, in the above styled and numbered cause, and files this his Motion for Court Ruling and would show this Court the following;

1.

# I

On August 26, 2002 Petitioner's motion for "Application For Writ Of Probable Cause Brief For Petitioner" was filed in this District Court, cause No. B-99-041.

Petitioner was notified that on January 08, 2003 his brief had been assigned a new cause No. B-02-231.

Petitioner then on April 04, 2003 filed a "Motion To Court To Answer Brief" outlining the time allowed to file an answer to said brief. Noting that the time allotted had expired to include any additional extention of time.

This Honorable Court issued an "Order" by United States Magistrate Judge Felix Recio filed on May 06 2003, for the Goverment to respond to the motion on or before June 13th, 2003.

# II

The time to answer Petitioner's motion for "Application For Writ of Probable Cause Cause Brief" has again expired. Petitioner

2.

has not recieved an answer from the Respondant Janie Cockrell, Director Texas Department of Criminal Justice, Institutional Division. Petitioner further states that amble time has been allotted for a proper answer to the Respondant. And that any extention of time requested by Respondant be denied.

WHEREFORE, PREMISES CONSIDERED Petitioner prays that this Honorable Court grant him this his motion for court ruling and Grant him a New Trial pursuant to 28 U.S.C Section 2254. And all further relief to which Petitioner is justly entitled by Law.

Respectfully Submitted
Javier Ybarra # 775707

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAVIER YBARRA,                    §
Petitioner                        §
                                  §
                                  §
v                                 § CIVIL ACTION NO.
                                  §      B-02-231
                                  §
JANIE COCKRELL, DIRECTOR          §
TEXAS DEPARTMENT OF               §
CRIMINAL JUSTICE,                 §
INSTITUTIONAL DIVISION,           §
Respondant                        §

ORDER GRANTING PETITIONER'S
MOTION FOR COURT RULING AND
BRIEF IN SUPPORT THEREOF

TO THE HONORABLE JUDGE OF THIS COURT;

On this the 16th day of June, 2003

1.

came on to be heard Motion for Court Ruling in Petitioner's "Application for Writ of Probable Cause Brief for Petitioner, in the above and foregoing cause.

After consideration of the same, and being satisfied that this Court's Ruling will serve to ensure the protection of the Rights of Petitioner, the same is hereby Granted, and it is therefore;

ORDERED, ADJUDGED AND DECREED that, following this Court's Ruling for a "Court Ruling" for Petitioner is hereby Granted.

_____
Judge Presiding

2.