IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAVIER YBARRA, § | |
| Petitioner, § | |
| § | |
| V. § | Civil Action No. B-02-231 |
| § | |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

**RESPONDENT COCKRELL'S MOTION TO SUBSTITUTE COUNSEL
WITH BRIEF IN SUPPORT**

This is a habeas corpus case brought by a Texas state prisoner, Javier Ybarra ("Ybarra"), under 28 U.S.C. §§ 2241, 2254. Assistant Attorney General Ellen Stewart-Klein requested a first extension of time in this cause to file her response up to and including July 23, 2003. It has become necessary, however, for this case to be internally transferred to Assistant Attorney General Gretchen B. Merenda. The granting of the instant motion will not cause delay in this proceeding.

The attached cover letter will serve as notice to the Petitioner and the district clerk's office to forward all future correspondence to the undersigned counsel at Office of the Attorney General, Postconviction Litigation Division, P.O. Box 12548, Austin, Texas, 78711-2548.

For the foregoing reasons, the Director respectfully requests that Ellen Stewart-Klein be removed as lead counsel of record for the Respondent and Gretchen B. Merenda be substituted thereof.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General
 for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Postconviction Litigation Division

*Lead Counsel

*signature*
GRETCHEN B. MERENDA*
Assistant Attorney General
State Bar No. 24010233
Southern District Admission No. 25065

Habeas Corpus Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
(512) 936-1400
(Fax) (512) 936-1280

ATTORNEYS FOR RESPONDENT

### CERTIFICATE OF CONFERENCE

I do hereby certify that a conference is not possible because petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause.  Respondent will not speculate on whether the petitioner will oppose this motion.

*signature*
GRETCHEN B. MERENDA
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing same in the United States Mail, postage prepaid, on this the 23rd day of June, 2003, addressed to:

Javier Ybarra
TDCJ-ID # 775707
Ferguson Unit
12120 Savage Drive
Midway, TX   75852-9711

                                                GRETCHEN B. MERENDA
                                                Assistant Attorney General