United States District Court
Southern District of Texas
FILED

JUN 30 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAVIER YBARRA, Petitioner | § § § § |
| v | § CIVIL ACTION No B-02-231 § |
| JANIE COCKRELL, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION Respondent | § § § § § § |

MOTION TO COURT TO ANSWER MOTION
FOR PRODUCTION OF TRANSCRIPTS
AND STATEMENTS OF FACTS

TO THE HONORABLE JUDGE OF SAID COURT;

Now Comes, JAVIER YBARRA, Petitioner

1.

herein after, and files this his Motion to Court to Answer Motion For Production of Transcripts and Statements of Facts, filed by Petitioner and would show further onto this Honorabe Court as follows;

## I.

On June 2nd, 2003 Petitioner filed his Motion for Production of Transcripts and Statements of Facts pursuant to § 2250 Rule 53 (J)(z) and 2254 Rule 53 (F).

As of today June 25, 2003, Petitioner has not heard an answer from this Honorable Court in regards to what disposition it has taken on this motion. Petitioner would ask the Judge of this court to make a ruling on whether Petitioner may obtain a copy of said trial records, free of charge. Or that the trial records be temporarely loaned for (60) sixty days so that Petitioner may perfect his ongoing appeals process. Petitioner states that it is imperative that he be supplied with a copy of the trial records with all exhibits and motions, so that Petitioner can have the same oppertunity

as that of the Attorney representing the State. to refer back to the actual trial proceedings.

Petitioner points out that the Court has immediately answered the States motions without delay. Petitioner requests that this Honorable Court do the same for him. And that he be treated with the same respect and recognition as that being given to the State Attorney.

Petitioner further points out that being indigent, a layman of the law and unable to afford financially the services of a worthy attorney is no excuse for this Honorable Court to ignore Petitioner in this appeal. And that this court refrain from being BIASED toward Petitioner due to Petitioner proceeding in this court as a PRO-SE litigant.

## Conclusion

Petitioner would ask the Honorable Judge of this Court to make a ruling on the Motion for Production of Transcripts and Statements of Facts. based on the legal merits of both motions.

## PRAYER

Petitioner now prays that the Honorable Judge of said Court grant him the motion for trial Records so that he can successfully perfect and submit his appeal to challenge his illegal sentence imposed by the Trial Court.

Respectfully Submitted
Javier Ybarra
#775707

# Certificate of Service

I, Javier Ybarra, do hereby certify that a true and correct copy of the above and foregoing motion with brief in support has been served to the attorney representing the State, by placing same in the United States Mail, postage prepaid, on this the 26 of June 2003 addressed to:

Assistante Attorney General
Ellen Stewart-Klein
P.O. Box 12548
Capitol Station
Austin, Texas
      78711

Javier Ybarra

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAVIER YBARRA, Petitioner | § § § § |
| v. | § Civil Action No. B-02-231 § |
| JANIE COCKRELL, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondent | § § § § § § |

## ORDER FOR PRODUCTION OF TRANSCRIPTS AND STATEMENTS OF FACTS.

On motion of Petitioner for Production of transcripts and statements of facts with exhibits and motions;

Ordered, Adjudged and Decreed that;

following this Court's Ruling for the trial Records is hereby Granted.

Signed on this the _____ day of _____ 2003

_____
Judge presiding

June 25, 2003

MAIL
United States District Court
Southern District of Texas
RECEIVED
JUN 30 2003
Michael N. Milby
Clerk of Court

Clerk,
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison Street
Brownsville, Texas
      78520 - 7114

RE: Javier Ybarra   v   Janie Cockrell
    B- 02 - 231

Dear Clerk,
    Please find enclosed the original Motion to Court to Answer Motion for Production of Transcripts and Statements of Facts by Petitioner in the above numbered and styled cause. File it among the papers of this cause and bring it to the attention of this court. A proposed order is included for the court's convenience.

    By copy of this letter, I am forwarding a copy to the attorney representing the State. I thank you in advance for your kind assistance in this matter

                                Sincerely

                                [signature]