IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAVIER YBARRA,<br>   Petitioner,<br><br>v.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>   Respondent. | §<br>§<br>§<br>§   Civil Action No. B-02-231<br>§<br>§<br>§<br>§<br>§ |

## ORDER TO SUBSTITUTE COUNSEL

On Respondent's motion, Ellen Stewart-Klein is removed as lead counsel of record for the Respondent and Gretchen B. Merenda is substituted thereof.

It is so ORDERED.

SIGNED on this the 30th day of June, 2003.

_____
JUDGE PRESIDING