14

July 7, 2003

Clerk
United States District Court
Southern District of Texas
Brownsville Division
3058 Federal Bldg
600 East Harrison St
Brownsville, Tx 78520

United States District Court
Southern District of Texas
FILED

JUL 11 2003

Michael N. Milby
Clerk of Court

RE: B-02-231
Javier Ybarra
v
Janie Cockrell, Director T.D.C.

Dear Clerk,

I have submitted for filing in this court several motions. As of today I have not heard a response to any of them. On 6-2-03 — Motion for Production of Transcripts and Statements of Facts; 6-16-03 — Motion for Court Ruling with Order; 6-20-03 — Motion to Deny Emergency Extention of Time by Respondent; 6-23-03 Motion

1

to Court to Answer Motion for Production of Transcripts and Statements of Facts. with accompaning order form.

    I am requesting that the clerk of the court inform me if these motions were recieved and filed with these appeal motions of record. And if these motion have been brought to the attention of the Judge presiding over my appeal. I am enclosing a self-addressed envelope for your convienence so that you may send your answer to my request I am making.

    I need this information so that I know in what director or court I need to proceed with my appeal. Please take some time to look into this matter

    I again thank you in advance for your assistance in this matter

Sincerely

Javier Ybarra
#775707

2