

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAVIER YBARRA,<br>Petitioner,<br><br>V.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§    CIVIL ACTION NO. B-02-231<br>§<br>§<br>§<br>§<br>§ |

**RESPONDENT COCKRELL'S MOTION TO DISMISS FOR LACK OF
JURISDICTION AS A SUCCESSIVE PETITION
WITH BRIEF IN SUPPORT**

Petitioner Javier Ybarra ("Ybarra")[1] was properly convicted and sentenced to life by a Texas state court for the felony offense of attempted capital murder. Ybarra now seeks habeas corpus relief in this court pursuant to 28 U.S.C. § 2254. However, the court does not have jurisdiction over the subject matter of this writ pursuant to 28 U.S.C. § 2244(b)(2) (West 2002) (see argument below). Further, the Director denies every allegation of fact made by Petitioner except those supported by the record and those specifically admitted herein.

### STATEMENT OF THE CASE

The Director has lawful custody of Ybarra pursuant to a judgment and sentence of the 197th District Court of Cameron County, Texas, in cause number 96-CR-1454-C, styled *The State of Texas v. Javier Ybarra.* Exhibit A (TDCJ-ID Commitment Inquiry sheet). Ybarra was charged with the felony offense of attempted capital murder. *Id.* He entered a plea of "not guilty," was tried by jury which found him guilty on February 14, 1997. *Id.* Punishment was assessed at life imprisonment. *Id.*

Ybarra's conviction was affirmed by the Thirteenth Court of Appeals of Texas on December 30, 1997. *Ybarra v. State,* No. 13-97-107-CR (Tex. App.—Corpus Christi 1997,

---

[1] For purposes of clarity, Respondent Janie Cockrell will be referred to as "the Director."

no pet.), 1997 LEXIS 6625. It appears that Ybarra did not file a petition for discretionary review. Ybarra has filed one state application for writ of habeas corpus challenging this conviction. *See Ex parte Ybarra,* Application No. 40,070-01. The Texas Court of Criminal Appeals denied it without written order on findings of the trial court without a hearing on January 27, 1999. *Id.* at cover.

Ybarra filed a previous federal writ petition on February 26, 1999 in *Ybarra v. Johnson,* No. 99-CV-41 challenging the instant conviction. *See* Exhibit B, at 2 (copy of district court pacer). On April 18, 2000, this court dismissed Ybarra's petition with prejudice. Exhibit B, at 4 [Docket Entry #22]. Ybarra filed this action again challenging cause number 96-CR-1454-C with the court on December 17, 2002. Fed. Writ Pet. at 1 [Docket Entry #1].

## STATE COURT RECORDS

The state court records were previously filed in support of *Ybarra v. Johnson,* No. 99-CV-41 (S.D. Tex 1999). As this is a successive petition and the court's file in No. 99-CV-41 is the only record needed to resolve this motion, no further state or federal records will be filed unless otherwise ordered by this court. Copies of his state court record will not be forwarded to Ybarra.

## EXHAUSTION OF STATE REMEDIES

Since Ybarra's petition must be dismissed as successive, any inquiry into whether he has exhausted available state remedies is unnecessary at this point. The Director does not waive the exhaustion requirement; however, consideration of Ybarra's claims is precluded for other reasons.[2]

---

[2] Should this court deny the Director's motion to dismiss this action as a successive petition, the Director reserves the right to raise any and all defenses, including statute of limitations, exhaustion/procedural default, in a subsequent response.

## PETITIONER'S ALLEGATIONS

The Director understands Ybarra's allegations to be as follows:

1) There was an "omission of culpable mental states of intentionally and knowingly in the grand jury indictment";

2) There was error in the jury charge instructions of the "inclusion of the culpable mental states of intentionally and knowingly";

3) There was error in the jury charge instructions in the "omission of one count of intent to commit capital murder in indictment";

4) He was denied effective assistance of counsel at trial; and

5) He was denied effective assistance of counsel on appeal.

Fed. Writ Pet. at 13-14.

## MOTION TO DISMISS FOR LACK OF JURISDICTION AS A SUCCESSIVE PETITION WITH BRIEF IN SUPPORT

The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") applies to Ybarra's petition, which was on December 17, 2002. *Nobles v. Johnson*, 127 F.3d 409, 415 (5th Cir. 1997), *cert. denied*, 523 U.S. 1139 (1998). Pursuant to 28 U.S.C. § 2244, as amended by the AEDPA, a petitioner must request and obtain permission before he presents a second or successive petition for federal habeas corpus relief. 28 U.S.C. § 2244(b)(2) (West 2002). Since this petition is successive because Ybarra's previous federal writ was dismissed with prejudice challenging the same conviction, *Ybarra v. Johnson*, No. B-99-041, it cannot be considered by this court and should be summarily dismissed or transferred to the Fifth Circuit Court of Appeals. *See In re: Tony Epps*, 127 F.3d 364, 365 (5th Cir. 1997) (with regard to AEDPA section that requires federal habeas petitioners to obtain permission from the Fifth Circuit before filing a successive petition in federal district court Fifth Circuit prefers a transfer to it instead of dismissal); *see also In re Tolliver*, 97 F.3d 89, 90 (5th Cir.1996) (addressing a similar provision applicable to second or successive motions pursuant to 28 U.S.C. § 2255).

The amended statute provides that "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. 2244(b)(3)(A). A three judge panel of the court of appeals will then determine if the petitioner can make of *prima facie* showing that his application satisfies either of the exceptions under § 2244(b)(2). 28 U.S.C. § 2244 (b)(3)(C). The initial determination of whether a petitioner can satisfy this standard is not for the district court. In this case, the "appropriate court of appeals" would be the United States Court of Appeals for the Fifth Circuit. Ybarra has not received permission from the Fifth Circuit to present this successive petition challenging his attempted capital murder conviction. Since this case is a subsequent habeas corpus application and Ybarra has not obtained the required certificate from the Fifth Circuit Court of Appeals, this petition cannot properly be considered by this court. 28 U.S.C. § 2244(b)(3)(A).

## CONCLUSION

For the foregoing reasons, the Director respectfully requests that the court dismiss or transfer the current action to the Fifth Circuit Court of Appeals.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    BARRY R. McBEE
    First Assistant Attorney General

    JAY KIMBROUGH
    Deputy Attorney General
      for Criminal Justice

    GENA BUNN
    Assistant Attorney General
    Chief, Postconviction Litigation Division

*Attorney-In-Charge

GRETCHEN B. MERENDA*
Assistant Attorney General
State Bar No. 24010233
Southern District Admission No. 25065

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2034
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Petitioner, Javier Ybarra, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

GRETCHEN B. MERENDA
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing same in the United States Mail, postage prepaid, on this the 22nd day of July, 2003, addressed to:

Javier Ybarra
TDCJ-ID # 775707
Ferguson Unit
12120 Savage Drive
Midway, TX 75852-9711

GRETCHEN B. MERENDA
Assistant Attorney General

# EXHIBIT A

```
CSIMF800/INI801            COMMITMENT INQUIRY              06/13/03 11:58:54
INMTCICS/LHA9541 /JC01   TDC  D NO: 00775707 SIDNO: 04605829
 NAME: YBARRA,JAVIER              APPL:     STATUS: A RD FE L3   #OFF: 01
 OLD TDC#:         CNTY CONV: 031                                     73RD
 OFF-REC:    0914 PRJ RL: XXXXXXXXXX REC:   02-20-1997 MAX-TERM: 9999Y 99M 99D
 PEN-REC: 015.010 MAX-EX: 01-01-9999 BEGIN: 09-26-1996 PAR-ELIG: 09-26-2026
                                             DEFADJ:     INMATE TYPE: ID
    OFFCD: 09140000 ATT CAPITAL MURDER        1D AGG DEADWPN FLAT-ONLY  73RD
    PENAL:015.010  MS:N PLEA:G CAUSE:96-CR-1454-C       CNT:    OFF:09-26-1996
    CC  CNTY OFF:031  CNTY/CRT:031 197 MAX TERM:9999Y 99M 99D  BEG:09-26-1996
    MIN EXP:01-01-9999 MAX:01-01-9999 PAR ELIG:09-26-2026 SENTENCED:02-14-1997
    OFF TDCNO: 00775707                               CTO DATE 01-01-0001




PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____ OR SID _____
END OF OFFENSES; ALL OFFENSES HAVE BEEN DISPLAYED
```

# EXHIBIT B

U.S. District Court Web PACER (v2.4-TXSD) Docket Report                    Page 1 of 6
Docket as of April 9, 2003 6:02 pm                                          Web PACER (v2.4-TXSD)

Case 1:03-cv-00043  Document 45  Filed in TXSD on 07/22/2003   Page 9 of 15

# U.S. District Court
## TXS - Southern District of Texas (Brownsville)

## CIVIL DOCKET FOR CASE #: 99-CV-41

### Ybarra v. Johnson

Filed: 02/26/99
Assigned to: Judge Filemon B. Vela
Demand: $0,000
Nature of Suit: 530
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

---

```
JAVIER YBARRA                     Ignacio Torteya, III
     petitioner                   956-550-8353 fax
                                  [COR LD NTC]
                                  Torteya & Torteya PLLC
                                  700 E Washington St
                                  Brownsville, TX 78520
                                  956-550-8373

                                  Javier Ybarra
                                  [COR LD NTC] [PRO SE]
                                  Prisoner No 775707
                                  Ellis One Unit
                                  Huntsville, Tx 77343

  v.

GARY JOHNSON, Warden              Michelle Dulany Roche
     respondent                    [term 02/29/00]
                                  [COR LD NTC]
                                  353rd District Court
                                  P O Box 1748
                                  Austin, TX 78763
                                  512-854-4281
```

Edwin Sullivan
713-225-2340 fax
[COR LD NTC]
Seyfarth Shaw et al
700 Louisiana
Ste 3850
Houston, TX 77002
713-225-2300

# DOCKET PROCEEDINGS
Click on the 🗎 Icon to View the Document Display Cost.

| DATE | # | IMG | DOCKET ENTRY |
|---|---|---|---|
| 2/26/99 | 1 | | PETITION for writ of habeas corpus; filed (mguz) [Entry date 03/02/99] |
| 3/1/99 | 2 | | MOTION to proceed in forma pauperis by Javier Ybarra Motion Docket Date 3/21/99 [2-1] motion , filed. (mg [Entry date 03/02/99] |
| 4/5/99 | 3 | 🗎 | ORDER granting [2-1] motion to proceed in forma pau set answer due for 6/4/99 for Gary Johnson , entered Parties notified. ( signed by Magistrate Judge Felix ) (og) [Entry date 04/06/99] |
| 6/8/99 | 4 | | FIRST MOTION to extend time by Gary Johnson, Motion Docket Date 6/28/99 [4-1] motion , filed. (miw) [Entry date 06/10/99] |
| 7/6/99 | 5 | | MOTION with memorandum in support to extend time to respond to complaint filed by Gary Johnson; Motion I Date 7/26/99 [5-1] motion. (nd) [Entry date 07/12/9⁹ |
| 7/14/99 | 6 | 🗎 | ORDER granting [5-1] motion to extend time to respo complaint reset answer due for 8/3/99 for Gary Johr entered; Parties notified. ( signed by Magistrate Ju Felix Recio ) (og) [Entry date 07/15/99] |

[Edit date 07/16/99]

| Date | # | Description |
|---|---|---|
| 7/19/99 | 7 | RESPONSE by Javier Ybarra to [5-1] motion to extend to respond to complaint , filed. (og) [Entry date 07 |
| 8/16/99 | 8 | MOTION with brief in support for summary judgment b Gary Johnson, Motion Docket Date 9/5/99 [8-1] motior filed (og) |
| 8/20/99 | 9 | MOTION to extend time to respond to summary judgment 9/20/99 by Javier Ybarra, Motion Docket Date 9/9/99 motion , filed. (og) |
| 8/20/99 | 10 | MOTION for appointment of counsel by Javier Ybarra, Motion Docket Date 9/9/99 [10-1] motion , filed. (og |
| 8/20/99 | -- | CASE REFERRED to Magistrate Judge Felix Recio (og) |
| 8/26/99 | 11 | ORDER granting [10-1] motion for appointment of cou entered; Ignacio Torteya III appointed to represent Ybarra. Parties notified. ( signed by Magistrate Juc Felix Recio ) (og) [Entry date 08/30/99] |
| 8/26/99 | 12 | ORDER granting [9-1] motion to extend time to respo summary judgment until 9/20/99 Response to motion re 10/26/99 for [8-1] motion for summary judgment , ent Parties notified. ( signed by Magistrate Judge Felix ) (og) [Entry date 08/30/99] |
| 8/30/99 | -- | Deadline updated; mooting [4-1] motion to extend tim |
| 10/26/99 | 13 | RESPONSE by Javier Ybarra to [8-1] motion for summa judgment , filed. (og) [Entry date 10/27/99] |
| 2/2/00 | 14 | ORDER set evidentiary hearing for 1:30 2/28/00 befo Magistrate Judge Felix Recio , entered; Parties noti ( signed by Magistrate Judge Felix Recio ) (og) [Entry date 02/07/00] |
| 2/2/00 | -- | WRIT of Habeas Corpus Ad Testificandum issued. (og) [Entry date 02/07/00] |
| 2/28/00 | 15 | MOTION with memorandum in support for Edwin Sullivar appear pro hac vice by Gary Johnson, Motion Docket 3/19/00 [15-1] motion , filed (og) [Entry date 02/29 |

| Date | # | Description |
|---|---|---|
| 2/28/00 | 16 | MOTION with memorandum in support to substitute atto by Gary Johnson, Michelle roche for Edwin Sullivan M Docket Date 3/19/00 [16-1] motion , filed (og) [Entry date 02/29/00] |
| 2/28/00 | 17 | Minute entry: Evidentiary hearing held b/Judge Recio Ignacio Torteya f/petitioner; Edwin Sullivan f/respo Oral motion to substitute Michelle Roche Branted. Pr Havice Granted. Pltf counsel calls Mr. Ybarra. Both present arguments; Court to prepare R&R within the r days. Pltf remanded to custody of the USM terminated deadlines Ct Reporter: Gabriel Mendieta/ERO (og) [Entry date 03/01/00] |
| 3/8/00 | 18 | REPORT AND RECOMMENDATIONS of Magistrate Judge Feli Re: [8-1] motion for summary judgment , entered. Recommended that Respondent's motion for summary jud be GRANTED and habeas corpus be DENIED. Parties ntfo Motion no longer referred Objections to R and R due 3/18/00 (og) [Entry date 03/09/00] |
| 3/16/00 | -- | Deadline updated;  set review deadline for 3/21/00 f Report and Recommendations before Judge Filemon B. V |
| 3/16/00 | 26 | OBJECTION by Gary Johnson  to [18-1] report and recommendations , filed (og) [Entry date 08/08/00] |
| 3/22/00 | 19 | MOTION to extend time to file objections to R&R by J Ybarra, Motion Docket Date 4/11/00 [19-1] motion , f (og) |
| 3/27/00 | 20 | ORDER  granting [19-1] motion to extend time to file objections to R&R Objections reset to 4/6/00 for [18 report and recommendations , entered; Parties notifi signed by Judge Filemon B. Vela ) (og) |
| 4/6/00 | 21 | OBJECTION by Javier Ybarra  to [18-1] report and recommendations , filed (og) [Entry date 04/10/00] |
| 4/18/00 | 22 | ORDER ADOPTING [18-1] report and recommendations gra [8-1] motion for summary judgment denying [1-1] peti entered. Parties ntfd.  ( Signed by Judge Filemon B. (og) |

| Date | # | Entry |
|---|---|---|
| 4/18/00 | -- | Case closed (og) |
| 5/12/00 | 23 | REQUEST by Javier Ybarra for certificate of probabl , filed. (og) [Entry date 05/16/00] |
| 5/12/00 | 24 | NOTICE OF APPEAL of [22-1] order by Javier Ybarra filed. Fee Status: not paid Appeal record due on 5 (og) [Entry date 05/16/00] |
| 5/24/00 | -- | Notice of appeal and Copy of docket transmitted to U [24-1] appeal (mpb) |
| 6/7/00 | -- | USCA LETTER Re: 00-40612 received. (og) |
| 7/31/00 | 25 | ORDER denying [23-1] certificate of appealability , Parties notified. ( signed by Judge Filemon B. Vela [Entry date 08/01/00] |
| 8/8/00 | -- | Certified and transmitted record on appeal consistir vol. of the record and 1 envelope and 3 folders of Court records to U.S. Court of Appeals: . Circuit No 00-40612 Parties ntfd. (mpb) [Edit date 08/08/00] |
| 12/27/00 | 27 | ORDER OF USCA (certified copy) 12/13/00 issued as ma on granting application of atty Ignacio Torteya to withdraw as counsel. : is further ordered that Ybarr have 30 days after the date of this order in which t a motion for certificate of appealability. (og) [Entry date 12/29/00] |
| 4/23/01 | 28 | ORDER OF USCA (certified copy) 4/6/01 issued as mand denying COA, Ybarra's motion for appointment of cour also Denied: , filed. CCA No. 00-40612 (og) |
| 4/23/01 | -- | Appeal record to be returned later. (og) |
| 4/26/01 | -- | Record on appeal returned from U.S. Court of Appeals [Entry date 04/27/01] |
| 8/26/02 | 29 | Letter MOTION Re: Writ of Probable Cause by Javier Ybarra, Motion Docket Date 9/15/02 [29-1] motion , f [Entry date 09/03/02] |

| | | |
|---|---|---|
| 11/5/02 | -- | CASE NO LONGER REFERRED TO Magistrate Judge Felix (og) |
| 12/17/02 | -- | Petitioner Writ of Probable cause of 8/26/02 has been transferred to a new case B-02-231. Referred to Judge Recio. (og) |

## Case Flags:
## CLOSED

## END OF DOCKET: 1:99cv41

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 07/21/2003 09:30:23 ||||
| PACER Login: | ta0026 | Client Code: | |
| Description: | docket report | Search Criteria: | 1:99cv00041 |
| Billable Pages: | 5 | Cost: | 0.35 |

Cost displayed is for docket sheet only.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER YBARRA, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-231 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
|     Respondent. | § | |

## ORDER TO DISMISS

On the motion of Respondent, Petitioner has presented a prior federal habeas petition which has been considered and rejected *with prejudice* by a federal court. He is now attempting to bring a successive petition. However, since petitioner has filed a prior federal habeas corpus petition, he must petition the Fifth Circuit Court of Appeals for permission to present a successive petition. 28 U.S.C. § 2244(b)(2)(A-B). Petitioner has not received the required permission.

Respondent Cockrell's Motion to Dismiss for Lack of Jurisdiction as a Successive Petition (Docket Entry No. _____) is GRANTED. Pursuant to 28 U.S.C. § 2244(b), the petition for a writ of habeas corpus filed by Petitioner, Javier Ybarra, is DISMISSED WITHOUT PREJUDICE until the Fifth Circuit grants Ybarra permission to file this writ in the district court.

SIGNED on this the _____ day of _____, 2003.

_____
JUDGE PRESIDING