16

7-18-03

MAIL

United States District Court
Southern District of Texas
RECEIVED

JUL 2 3 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
FILED

JUL 2 3 2003

Michael N. Milby
Clerk of Court

Clerk
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison St

CAB-02-231

Clerk,

I see that an indigent petitioner (Prisoner) will not be treated the same as a licensed attorney / schooled with a degree to be exact. I asked if the motions in the letter attached with this one were filed. All I recieved was a copy with a stamp date on the request letter. I cannot read minds, don't have E.S.P. (Extra Sensory Perception) or see into the future. I cannot tell if the motions were filed with my appeal papers or filed in the trash can. The court refuses to answer my motion so I assume the motions have not be filed and brough before the judge presiding.

1.

I've come to the conclusion that I will not be heard in this court. And leaves me but one choice for re-dress of this illegal sentence; to go to a higher court.

This letter is not to be construed as disrespectful towards this court. It is to voice my frustrations in my attempt to find closure to my appeal and this incident that happen in 1996.

Sincerely

Javier Ybarra

#775207

14

July 7, 2003

United States District Court
Southern District of Texas
FILED

JUL 1 1 2003

Michael N. Milby
Clerk of Court

Clerk
United States District Court
Southern District of Texas
Brownsville Division
3058 Federal Bldg
600 East Harrison St
Brownsville, Tx 78520

RE: B-02-231
Javier Ybarra
v
Janie Cockrell. Director T.D.C.

Dear Clerk,

I have submitted for filing in this court several motions. As of today I have not heard a response to any of them. On 6-2-03 - Motion for Production of Transcripts and Statements of Facts; 6-16-03 - Motion for Court Ruling with Order; 6-20-03 - Motion to Deny Emergency Extention of Time by Respondent; 6-23-03 Motion

1

to Court to Answer Motion for Production of Transcripts and Statements of Facts, with accompanying order form.

I am requesting that the clerk of the court inform me if these motions were recieved and filed with these appeal motions of record. And if these motion have been brought to the attention of the Judge presiding over my appeal. I am enclosing a self-addressed envelope for your convienence so that you may send your answer to my request I am making.

I need this information so that I know in what director or court I need to proceed with my appeal. Please take some time to look into this matter

I again thank you in advance for your assistance in this matter

Sincerely

Javier Ybarra
# 775707