IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER YBARRA, | § | |
| Petitioner | § | |
| | § | |
| v. | § | Civil Action # B-02-231 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent | § | |

United States District Court
Southern District of Texas
FILED

JUL 2 8 2003

Michael N. Milby
Clerk of Court

MOTION FOR COURT RULING ON "WRIT OF PROBABLE CAUSE BRIEF FOR PETIONER"

TO THE HONORABLE JUDGE OF THIS COURT;

NOW COMES, JAVIER YBARRA Petitioner, in the above styled and numbered cause, and files this his Motion for Court Ruling on Writ

1.

of Probable Cause Brief for Petitioner. And would show this Court the following;

## I

Petitioner has filed his motion of Probable Cause Brief cause No. B-99-41 in good faith on 8-26-02. The Brief was refiled on 12-17-02 in the present cause No. B-02-231. Petitioner has filed numerous motions to have a ruling done since then to include a motion for Transcripts and Statements of Fact to complete and perfect his appeal on this illegal sentence Petitioner is presently serving.

## II

This Court ordered the Government to respond by 6-13-03. Janie Cockrell, Director of Texas Department Criminal Justice, Institutional Division as Respondent, on 6-13-03 responded with an Emergency Extention of Time to Answer Brief Motion, till 7-23-03 and said motion was granted. Ellen Stewart-Klein, Assistant Attorney General in charge of this case for Respondent was later substituted with Assistant

2.

Attorney General Gretchen B. Merenda.

### III

As of today 7-25-03 Petitioner has not recieved a copy from the Respondent of her answer to Petitioner's Writ of Probable Cause Brief. Petitioner now moves this Honorable Court to make a ruling in agreement with the facts as stated in the brief. submitted by Petitioner. Respondent Janie Cockrell through her Attorney - Assistant Attorney General Gretchen B. Merenda has defaulted by not submitting an answer on 7-23-03 in a timely manner as ordered by this Honorable Court.

### Conclusion

Petitioner now asserts his plea for a ruling on his petition for Writ of Probable Cause Brief for redress based on the unconstitutional violations and unlawful detention in the Texas Department of Criminal Justice, Institutional Division. Petitioner pleads that this Honorable

Court make a ruling in agreement with the facts of law made in the Writ of Probable Cause Brief, and Vacate the sentence, order an Arrest of Judgment and Grant Petitioner a New Trial.

## PRAYER

Petitioner now prays that this Honorable Court will Vacate Sentence and Grant him a New Trial pursuant to 28 U.S.C. Section § 2254

Respectfully Submitted

*Javier Ybarra*
JAVIER YBARRA
# 775707

4.

# Certificate of Service

I, Javier Ybarra, do hereby certify that a true and correct copy of the above and foregoing motion with brief in support has been served to the Attorney representing the State and Respondent Janie Cockrell by placing the same in the United States Mail, postage prepaid, on this the 25 of July 2003 addressed to:

    Office of the Attorney General
    Assistant Attorney General
    Gretchen B Merenda
    Post conviction Litigation Division
    P.O. Box 12548
    Austin, Texas  78711-2548

Respectfully Submitted

#775707

5.