UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAVIER YBARRA,<br>Petitioner,<br><br>v.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-02-231<br>§<br>§<br>§<br>§ |

## ORDER

BE IT REMEMBERED that on the 30th day of July, the Court TRANSFERRED the Petitioner's habeas petition to the Fifth Circuit Court of Appeals for a determination of whether authorization to file the successive petition should be granted.

Petitioner has filed a prior federal habeas petition which has been considered and rejected with prejudice by a federal court. See Civil Action B-99-41. He is now attempting to bring a successive petition. However, since Petitioner Ybarra has filed a prior federal habeas corpus petition, he must petition the Fifth Circuit Court of Appeals for permission to present a successive petition. 28 U.S.C. § 2244(b)(2)(A-B). Petitioner has not received the required permission.

Respondent Cockrell's "Motion to Dismiss for Lack of Jurisdiction as a Successive Petition" (Doc. # 15) is hereby GRANTED. Pursuant to 28 U.S.C. Section 2244(b), the petition for a writ of habeas corpus filed by Petitioner Javier Ybarra is DISMISSED WITHOUT PREJUDICE until the Fifth Circuit grants Ybarra permission to file this writ in district court.

DONE at Brownsville, Texas, this __30th__ day of July, 2003.

_____
Filemon B. Vela
United States District Judge