# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

August 4, 2003

Mr Javier Ybarra
Texas Department of Criminal Justice
Institutional Division Ferguson Unit
#775707
12120 Savage Drive
Midway, TX 75852

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

No. 03-41066  In Re: Ybarra
USDC No. B-02-CV-231

   The district court has transferred your second or successive 28 U.S.C. § 2254 petition, to this court to determine whether to allow your successive action. I advise you of the following matters, see <u>In re Tony Epps</u>, 127 F.3d 364 (5th Cir. 1997).

   Under 28 U.S.C. § 2244(b)(3) you must first receive this court's permission before you can file such an action in district court.

   You have **30 days** from the date of this letter to file with this court a motion for authorization to proceed in the district court and to furnish the documentation shown below. The motion may not exceed 30 pages in length pursuant to FED. R. APP. P. 32(a)(7). Please use the case number shown above in your motion. If you fail to file a motion for authorization within this 30 day period, this court will enter an order denying you permission to proceed in the district court.

   If you wish to file a second or successive § 2254 petition in the district court, you must make a prima facie showing that you satisfy either of the two conditions found in 28 U.S.C. § 2244(b)(2).

   (A) that your claim relies on a new rule of constitutional law, made retroactive by the Supreme Court, that was previously unavailable; **or,**

   (B) the factual predicate for your claim could not have been discovered previously through the exercise of due diligence, **and** the facts underlying your claim, if proven by clear and convincing evidence, would be sufficient to establish that a reasonable trier of fact would not have found you guilty of the underlying offense.

   You must attach the following documentation to your § 2254 motion to this court:

(1) a copy of the proposed § 2254 petition you are requesting permission to file in the district court;

(2) copies of all previous § 2254 petitions challenging the judgment or sentence received in any conviction for which you are currently incarcerated; all previous § 2241 petitions challenging the terms and conditions of your imprisonment;

(3) any complaint, regardless of title, that was subsequently treated by the district court as a § 2254 motion or § 2241 petition;

(4) all court opinions and orders disposing of the claims advanced in (2) above; and

(5) all magistrate judge's reports and recommendations issued in connection with the claims advanced in (2), above.

If, after due diligence and through no fault of your own, you cannot obtain the documents described above, you should submit an affidavit describing the steps you took to obtain them and explaining why you were unsuccessful. If possible, you should also identify by court, case name and case number any proceeding for which you cannot obtain the documents in (2) and (3) above.

The 30 day time limit within which this court must address your § 2254 motion will not begin to run until the clerk's office receives your response to this letter.

The original and three copies of the application must be mailed to:

    U.S. Court of Appeals for the Fifth Circuit
    Office of the Clerk
    600 Camp Street
    New Orleans, LA 70130

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
        Shari D. Stewman, Deputy Clerk
        504-310-7747

cc:  Mr Michael N Milby, Clerk

MISC-10