IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAVIER YBARRA, | § | |
| Petitioner, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-02-231 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Pursuant to the Order entered by this Court on July 30, 2003, Applicant's Motion To Court To Answer Motion For Production Of Transcripts And Statements Of Facts filed on June 30, 2003, is hereby DENIED.

Done at Brownsville, Texas, this 21st day of August, 2003.

Filemon B. Vela
United States District Judge