IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-41066

IN RE: JAVIER YBARRA,

Movant.

U.S. COURT OF APPEALS
FILED
SEP 2 2 2003
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
OCT 0 1 2003
Michael N. Milby
Clerk of Court

Motion for an order authorizing
the United States District Court for the Southern
District of Texas to consider
a successive 28 U.S.C. § 2254 application

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

BY THE COURT:

Javier Ybarra, Texas state prisoner #775707, has filed a motion requesting authorization to file a successive 28 U.S.C. § 2254 application. Ybarra seeks to raise in a successive habeas application the claims that the jury was not charged as to one of the counts of conviction and that his counsel rendered ineffective assistance. Ybarra asserts that he is factually innocent of the attempted capital murder of Guadalupe Garcia and that he could not have discovered previously the evidence supporting his challenge to the conviction.

If the applicant alleges newly discovered evidence, he must show that "the factual predicate for the claim could not have been discovered previously through the exercise of due diligence"

O R D E R
No. 03-41066
-2-

and that such facts "would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense." 28 U.S.C. § 2244(b)(2)(B). Ybarra has not made the required showing. See 28 U.S.C. § 2244(b)(2). Accordingly, Ybarra's motion for authorization to file a successive 28 U.S.C. § 2254 application is DENIED.

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

September 22, 2003

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 03-41066 In Re: Ybarra
    USDC No. B-02-CV-231

Enclosed is an order entered in this case.

MAIL
United States District Court
Southern District of Texas
RECEIVED

OCT 0 1 2003

Michael N. Milby, Clerk

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
    James deMontluzin, Deputy Clerk
    504-310-7679

Mr Javier Ybarra
Mr Michael N Milby, Clerk

MOT-2